876 A.2d 78

**BROWN & WILLIAMSON TOBACCO CORP., et al.**

v.

**Booker T. CULBERTSON.**

**No. 153, Sept. Term, 2004.**

Court of Appeals of Maryland.

June 9, 2005.

Reconsideration Denied July 14, 2005.

</div>

Joseph G. Finnerty, Jr. (George F. Ritchie, DLA Piper Rudnick Gray Cary US LLP, Baltimore), J. William Newbold, Bruce D. Ryder, Thompson Coburn LLP, Kathleen McDonald, Kerr McDonald LLP, Edward C. Schmidt, Thompson Coburn, LLP, James K. Archibald, Marina M. Sabett, Venable LLP, Robert C. Helm, Norbert F. Bergholtz, Louise E. Moyer, Dechert, LLP, Kenneth L. Thompson, George A. Nilson, Paul

J. Day, Piper Rudnick, LLP, R. Dal Burton, Womble, Carlyle, Sandridge & Rice, David W. Skeen, Wright, Constable & Skeen, LLP, Aaron H Marks, Nancy Straub, Kasowitz, Benson, Torres & Friedman, LLP, Deborah L. Robinson, Peter A. Woolson, Melodie M. Mabanta, Robinson Woolson, PA, for petitioners.

R. Bruce McElhone (Theodore M. Flerlage, Jr., James S. Zavakos, Law Offices of Peter G. Angelos, P.C., Baltimore), for respondent.

Submitted before BELL, C.J., RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA and GREENE, JJ.

**PER CURIAM ORDER.**

The Court having considered and granted the petition for a writ of certiorari in the above captioned case, it is this 9th day of June, 2005,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, summarily reversed, and the case is remanded to the Court of Special Appeals with instructions to dismiss the appeal. *See Brown v. Gress,* 378 Md. 667, 838 A.2d 362 (2003) and *Smith v. Lead Industries Association,* 386 Md. 12, 871 A.2d. 545 (2005). Costs in this Court and in the Court of Special Appeals to be paid by Booker T. Culbertson.